## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

                                  **CASE NO. 14-20133**

**v.**                                  **HON. DENISE PAGE HOOD**

**ROBERT DEMETRIUS JACKSON,**

     **Defendant.**

_____/

## ORDER GRANTING MOTION TO STAY AND
## STAYING LITIGATION PENDING SUPREME COURT'S
## DECISION IN *BECKLES V. UNITED STATES*

Defendant Robert Demetrius Jackson filed a motion under 28 U.S.C. § 2255 claiming ineffective assistance of counsel and the incorrect application of the sentencing guideline range based on the Supreme Court's invalidation of the residual clause of the Armed Career Criminal Act as unconstitutionally vague under the Due Process Clause of the Fifth Amendment. *Johnson v. United States*, 136 S.Ct. 2551, 2563 (2015). The Government seeks to stay the litigation pending the Supreme Court's Decision in *Beckles v. United States*, No. 15-8544, 2016 WL 1029080 (U.S. June 27, 2016) (Mem.) where the Supreme Court granted *certiorari* on the issue of whether *Johnson* should be applied retroactively.

Recently, the Sixth Circuit in two published opinions, *In re Embry,* ___ F.3d

___, No. 16-5447, 2016 WL 4056056 (6th Cir. July 29, 2016) and *In re: Antonio D.*

*Patrick,* ___ F.3d ___, No. 16-5353 (6th Cir. Aug. 12, 2016), indicated that the most

appropriate procedure is to hold the cases in abeyance pending the Supreme's Court

decision in *Beckles*.

      Accordingly,

      IT IS ORDERED that the Government's Motion to Stay the briefing in this

matter **(Doc. No. 61)** is GRANTED.  The briefing and litigation in this matter is

STAYED.  The parties will notify the Court when the *Beckles* decision is issued.  A

briefing schedule will then be issued at that time and the matter will proceed

accordingly.


          S/Denise Page Hood                 
          Denise Page Hood
          Chief Judge, United States District Court

Dated:  November 8, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of
record on November 8, 2016, by electronic and/or ordinary mail.

          S/LaShawn R. Saulsberry            
          Case Manager